**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY TOMPKINS JR., Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM PLUS AUTO PROTECTION INC.,<br><br>Defendants. | Case No.: 8:20-cv-00140-DOC-KES<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASE** |

1  NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on
2 an individual basis. The Parties anticipate filing a Joint Motion for Dismissal within
3 65 days. Plaintiff respectfully requests that all pending dates and filing requirements
4 be vacated and that the Court set a deadline on or after September August 2, 2020 for
5 filing a Joint Dismissal.

Date: July 29, 2020                                   **KAZEROUNI LAW GROUP, APC**

                                         By:  *s/ Jason A. Ibey*
                                                 Jason A. Ibey, Esq.
                                                 *Attorneys for Plaintiff*