1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TOMMY TOMPKINS JR.,
Individually and on Behalf of All
Others Similarly Situated,

Plaintiff,

v.

PLATINUM PLUS AUTO
PROTECTION INC.,

Defendant.

Case No.:  8:20-cv-00140-DOC-KES

**JOINT STIPULATION TO
DISMISS ACTION**

**JOINT STIPULATION TO DISMISS ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The plaintiff Tommy Thompkins, Jr. ("Plaintiff") and defendant Platinum Plus Auto Protection, Inc. ("Defendant"), through their counsel of record, hereby jointly request dismissal of the action in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, following a notice of settlement on an individual basis, on July 30, 2020, the Court dismissed the action without prejudice and afforded the parties 30 days to move to reopen the action upon a showing of good cause that the settlement has not been consummated (Dkt. No. 23);

WHEREAS, following joint stipulation, the Court extended that deadline to move to reopen the action through and including September 28, 2020 if settlement was not consummated (Dkt. No. 25);

WHEREAS, the parties now seek dismissal of the action, with prejudice as to the individual claims of Plaintiff.

THEREFORE, the parties jointly stipulate and agree to dismissal of the action in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

IT IS SO STIPULATED.

1  Dated:  September 29, 2020                    **KAZEROUNI LAW GROUP, APC**

2
                                                By /s/ *Jason A. Ibey*
3                                               Jason A. Ibey, Esq.
                                                jason@kazlg.com
4                                               245 Fischer Avenue, Suite D1
                                                Costa Mesa, CA 92626
5                                               Telephone: (800) 400-6808
                                                Facsimile: (800) 520-5523
6
7
8                                               *Additional Counsel for Plaintiff*

9
10                                              **LEWIS BRISBOIS BISGAARD &
                                                SMITH LLP**
11
12                                              By /s/ *Esther Y. Sin*
                                                Esther Y. Shin, Esq. SBN: 324049
13                                              Esther.Shin@lewisbrisbois.com
14                                              633 West 5th Street, Suite 4000
                                                Los Angeles, California 90071
15                                              Telephone: 213.250.1800
16                                              Facsimile: 213.250.7900

17                                              *Attorneys for Defendant Platinum
                                                Plus Auto Protection, Inc.*
18
19
20                  **SIGNATURE CERTIFICATION**

21        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
22  Policies and Procedures Manual, I hereby certify that the content of this document
23  is acceptable to counsel for Plaintiff, and that I have obtained authorization to affix
24  Esther Shin's electronic signature to this document.

25
26
27
28