**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TOMMY TOMPKINS JR., Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PLATINUM PLUS AUTO PROTECTION INC.,

Defendant.

Case No.: 8:20-cv-00140-DOC-KES

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION [26]**

Having considered the Parties' joint stipulation to dismiss action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation and ORDERS as follows:

1. The above-captioned action is dismissed in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members; and,
2. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: September 29, 2020

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE